# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Daniel Berglund,<br><br>          Defendant. | Criminal No. 20-200 (SRN/TNL)<br><br>**ORDER** |

Amber M. Brennan, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for the Government.

Rick E. Mattox, Mattox Law Office, 16670 Franklin Trail SE, Suite 250, Prior Lake, MN 55372, for Defendant Daniel Berglund.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 8, 2021 [Doc. No. 33], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

    1.    Defendant's Motion to Suppress Statements, Admissions and Answers [Doc. No. 23] is **DENIED**.

    2.    Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Doc. No. 24] is **DENIED**.

Date:  January 25, 2021

                                                      s/Susan Richard Nelson
                                                      SUSAN RICHARD NELSON
                                                      United States District Judge